# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        Magistrate Case No. __15-9114__

v.

                                             **ORDER**

__Charisse Sneed__

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this __28th__ day of __May__, 2015

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                                             _/s/ Anthony R. Mautone_
                                             HONORABLE ANTHONY R. MAUTONE
                                             UNITED STATES MAGISTRATE JUDGE

FA